1  NICOLA T. HANNA
   United States Attorney
2  PATRICK R. FITZGERALD
   Assistant United States Attorney
3  Chief, National Security Division
   JUDITH A. HEINZ (Cal. Bar No. 176264)
4  Assistant United States Attorney
   Senior Trial Counsel, National Security Division
5  JAMES C. HUGHES (Cal. Bar No. 263878)
   Assistant United States Attorney
6  Tax Division
   MELANIE SARTORIS (Cal. Bar No. 217560)
7  WILLIAM M. ROLLINS (Cal. Bar No. 287007)
   Assistant United States Attorneys
8  Terrorism and Export Crimes Section
   KHALDOUN SHOBAKI (Cal. Bar No. 232864)
9  Assistant United States Attorney
   Cyber & Intellectual Property Crimes Section
10      1500 United States Courthouse
        312 North Spring Street
11      Los Angeles, California 90012
        Telephone:    (213) 894-7280/5615/7407/0759
12      Facsimile:    (213) 894-2927
        E-mail:  judith.heinz@usdoj.gov
13               james.hughes2@usdoj.gov
                 melanie.sartoris@usdoj.gov
14               william.rollins@usdoj.gov
                 khaldoun.shobaki@usdoj.gov
15
   Attorneys for Plaintiff
16 UNITED STATES OF AMERICA

17                    UNITED STATES DISTRICT COURT

18                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

19 | UNITED STATES OF AMERICA, | No. CR 18-50(B)-JAK |
   |---|---|
20 | Plaintiff, | GOVERNMENT'S SUBMISSION OF RESPONSES TO DEFENDANT'S |
21 | v. | OBJECTIONS TO EXHIBITS EXPECTED TO BE INTRODUCED ON MAY 28, 2019 |
22 | YI-CHI SHIH, aka "Yichi Shih," | DURING DIRECT EXAMINATION OF SPECIAL AGENT BERGER; ATTACHMENT A |
23 | aka "Yuqi Shi," et al, | |
24 | Defendants. | |

Attached hereto is a chart listing what it believes are the disputed exhibits that the government will seek to introduce at trial on May 28, 2019, during the direct examination of Special Agent Robert Berger. The attached chart sets forth the exhibit numbers, a description of the exhibits, the defendant's objections, and the government's responses.

The government sent a list of these disputed exhibits to the defense on Sunday, May 26, 2019, at approximately 9:10 a.m., and requested an update on defense objections. As of Monday, May 27, 2019, at approximately 7:09 p.m., the government had received no update.

With respect to exhibits to which defendant has previously stated he has no objection, the government will seek the Court's authorization to admit those before direct examination begins in the interest of expediency and conserving trial time.

Dated: May 27, 2019               Respectfully submitted,

                                  NICOLA T. HANNA
                                  United States Attorney

                                  PATRICK R. FITZGERALD
                                  Assistant United States Attorney
                                  Chief, National Security Division

                                        /s/
                                  _____
                                  JUDITH A. HEINZ
                                  JAMES C. HUGHES
                                  MELANIE SARTORIS
                                  WILLIAM M. ROLLINS
                                  KHALDOUN SHOBAKI
                                  Assistant United States Attorneys